THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

LATELLE BUTCHER,

    Plaintiff,

-vs-                                    Case No.:  8:13-CV-01537-JSM-MAP

ENHANCED RECOVERY COM PANY, LLC,

    Defendant.
_____/

## NOTICE OF PENDING SETTLEMENT

    Plaintiff, LATELLE BUTCHER, by and through his undersigned counsel, hereby submits this Notice of Pending Settlement and states that Plaintiff and Defendant ENHANCED RECOVERY COMPANY, LLC have reached a settlement with regard to this case and are presently drafting, finalizing and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

    Dated this 5th day of June 2014.

Respectfully submitted,

                                        */s/ Jared M. Lee*
                                        Jared Michael Lee, Esquire
                                        Morgan & Morgan, P.A.
                                        20 N. Orange Ave., Suite 1600
                                        Orlando, FL 32801
                                        Tele: (407) 420-1414
                                        Fax:  (407) 245-3485
                                        Florida Bar #:  0052284
                                        Attorney for Plaintiff
                                        jlee@forthepeople.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of June, 2014, I caused a copy of the foregoing to be electronically filed with the Clerk of the District Court using the CM/ECF system, which will provide electronic notice of the filing to all counsel of record.

/s/ *Jared M. Lee*
Jared M. Lee, Esquire
Morgan & Morgan, P.A.
20 N. Orange Avenue
Suite 1600
Orlando, Florida  32801
Tele:  (407) 420-1414
Fax:  (407) 245-3485
JLee@ForThePeople.com
JMLPleadings@ForThePeople.com
Florida Bar #:  0052284
Attorney for Plaintiff